# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Wham−O Holding, Ltd., et al.

                                                                Plaintiff,

v.                                                                      Case No.: 1:22−cv−06802

                                                                       Honorable Franklin U. Valderrama

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 21, 2023:

      MINUTE entry before the Honorable Franklin U. Valderrama: Upon plaintiff's report of full satisfaction of judgment [53], the Court, pursuant to LR 58.1, enters the satisfaction of judgment as to Defendants WANYNG INC (No. 189) and shoppinglin (No. 115). Mailed notice(smm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.